```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                      Case No. 16-01913-RNO
Steven R. Kennedy                                                           Chapter 13
Shirley R. Kennedy
         Debtors                            CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman              Page 1 of 2              Date Rcvd: Jul 19, 2016
                               Form ID: ntcnfhrg            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2016.
db/jdb        +Steven R. Kennedy,    Shirley R. Kennedy,    1916 Preserve Lane,    Palmyra, PA 17078-8434
cr            +ACNB Bank, f/k/a Adams County National Bank,    P.O. Box 3129,    Gettysburg, PA 17325-0129
cr            +First National Bank,    c/o Donna Donaher,   One North Shore Center,    12 Federal Street,
                Pittsburgh, PA 15212-5752
4796684       +ACNB Bank,    P.O. Box 3129,   Gettysburg, PA 17325-0129
4785644        ADAMS NATIONAL BANK,    HARRISBURG RD,   GETTYSBURG, PA 17325
4785645       +Anne K. Fiorenza, Esq, Assistant U.S. Tr,    228 Walnut Street, Room 1190,
                Harrisburg, Pennsylvania 17101-1722
4785646       +Bureau of Employer Tax Oper,    PO Box 68568,   Harrisburg, Pennsylvania 17106-8568
4785647       +CB/ATYRLMC,    PO BOX 182789,   COLUMBUS, OH 43218-2789
4785648       +CHASE,    P.O. BOX 15298,   WILMINGTON, DE 19850-5298
4803572        Dauphin County Tax Claim Bureau,    P. O. Box 1295,   Harrisburg, PA  17108-1295
4785649       +FIA CS,    PO BOX 982238,   EL PASO, TX 79998-2238
4785650       +FIRST NATIONAL BANK,    ATTN LOAN SERVICING,   PO BOX 4999,    HARRISBURG, PA 17111-0999
4803319       +First National Bank of Pennsylvania,    c/o Donna M. Donaher,
                One North Shore Center, First Floor,    12 Federal Street,    Pittsburgh, PA 15212-5752
4785653       +OCWEN LOAN CENLAR,    1661 WORTHINGTON RSTE 100,    STE 100,   WEST PALM BEAC, FL 33409-6493
4785654       +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                Harrisburg, Pennsylvania 17120-0001
4785657       +PNC BANK,    PO BOX 3180,   PITTSBURGH, PA 15230-3180
4785658       +PSECU,    P.O. BOX 1006,   HARRISBURG, PA 17108-1006
4785660       +TORRES CRDIT/UGI,    27 FAIRVIEW,   CARLISLE, PA 17015-3200
4785661       +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                Washington, District of Columbia 20044-0227
4803161        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,    MADISON WI 53708-8973
4785663       +USDOE/GLELSI,    2401 INTERNATIONALPOB 7859,   POB 7859,    MADISON, WI 53707-7859
4785662        United States Attorney,    PO Box 11754,   Harrisburg, Pennsylvania 17108-1754
4785664       +WFHM,    7255 BAYMEADOWS WAY,    PO BOX 10335,   DES MOINES, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4785651        E-mail/Text: cio.bncmail@irs.gov Jul 19 2016 19:16:33      Internal Revenue Service,
                PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
4785652       +Fax: 407-737-5634 Jul 19 2016 19:36:21      OCWEN LOAN,    1661 WORTHINGTON RSTE 100,   STE 100,
                WEST PALM BEAC, FL 33409-6493
4785655        E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jul 19 2016 19:16:51      Office of the U.S. Trustee,
                228 Walnut Street, Room 1190,   Harrisburg, Pennsylvania 17101-1722
4785656        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 19:16:47      PA Department of Revenue,
                Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4799584        E-mail/Text: bnc-quantum@quantum3group.com Jul 19 2016 19:16:44
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
4785659       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 19:07:55      SYNCB/SAMSDC,   PO BOX 965005,
                ORLANDO, FL 32896-5005
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: REshelman         Page 2 of 2             Date Rcvd: Jul 19, 2016
                               Form ID: ntcnfhrg       Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2016 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Donna  Donaher    on behalf of Creditor    First National Bank donaherd@fnb-corp.com
          Edward G Puhl    on behalf of Creditor    ACNB Bank, f/k/a Adams County National Bank
           edward.puhl@comcast.net,   ssaylor@acnb.com;puhleastmanthrasher@comcast.net
          Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
          John Matthew Hyams    on behalf of Joint Debtor Shirley R. Kennedy jmh@johnhyamslaw.com,
           jak@johnhyamslaw.com,jsa@johnhyamslaw.com
          John Matthew Hyams    on behalf of Debtor Steven R. Kennedy jmh@johnhyamslaw.com,
           jak@johnhyamslaw.com,jsa@johnhyamslaw.com
          Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Steven R. Kennedy
Shirley R. Kennedy

Debtor(s)

Chapter 13

Case No. 1:16−bk−01913−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **August 17, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 18, 2016 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: REshelman |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 19, 2016 |