# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven R. Kennedy<br>Shirley R. Kennedy<br>Debtors | BK NO. 16-01913 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB, as Servicer for Lakeview Loan Servicing, LLC, and index same on the master mailing list.

Re: Loan # Ending In: 3300

                                            Respectfully submitted,

                                            **/s/ Joshua I. Goldman, Esquire**
                                            Joshua I. Goldman, Esquire
                                            Thomas Puleo, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406
                                            Attorney for Movant/Applicant