## ELECTRONIC NOTICE:
Case 1:16-bk-01913-RNO

Jerome B Blank
Phelan Hallinan & Schmieg LLP
One Penn Center
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103-1814

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

First National Bank of Pennsylvania
c/o Donna M. Donaher
One North Shore Center, First Floor
12 Federal Street
Pittsburgh, PA 15212-5752

Joshua I Goldman
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Edward G Puhl
Puhl Eastman and Thrasher
220 Baltimore Street
Gettysburg, PA 17325-2314

Thomas I Puleo
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Served by first-class mail, postage prepaid:
Dauphin County Tax Claim Bureau
2 South Second Street
Harrisburg, PA 17101