In re:                                                          Case No. 16-01913-RNO
Steven R. Kennedy                                              Chapter 13
Shirley R. Kennedy
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 1               Date Rcvd: Dec 28, 2016
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2016.
           +Dauphin County Tax Claim Bureau,    2 South Second Street,    Harrisburg, PA 17101-2047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2016 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Donna Donaher    on behalf of Creditor    First National Bank donaherd@fnb-corp.com
          Edward G Puhl    on behalf of Creditor    ACNB Bank, f/k/a Adams County National Bank
           edward.puhl@comcast.net,  ssaylor@acnb.com;puhleastmanthrasher@comcast.net
          Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
          John Matthew Hyams    on behalf of Debtor Steven R. Kennedy jmh@johnhyamslaw.com,
           jak@johnhyamslaw.com
          John Matthew Hyams    on behalf of Joint Debtor Shirley R. Kennedy jmh@johnhyamslaw.com,
           jak@johnhyamslaw.com
          Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael J Clark    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@goldbecklaw.com
          Tilman Paul Larson    on behalf of Joint Debtor Shirley R. Kennedy tpl@johnhyamslaw.com
          Tilman Paul Larson    on behalf of Debtor Steven R. Kennedy tpl@johnhyamslaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :    CHAPTER 13
                                          :
Steven R. Kennedy and                     :
Shirley R. Kennedy                        :
          Debtors                         :
                                          :    CASE NO. 1:16-bk-01913-RNO
Steven R. Kennedy and                     :
Shirley R. Kennedy                        :
          Movants                         :
                                          :
     v.                                   :
                                          :
ADAMS COUNTY NATIONAL BANK, and           :
DAUPHIN COUNTY TAX CLAIM BUREAU           :
                                          :
          Respondents                     :
                                          :
CHARLES J. DEHART, III                    :
          Trustee                         :

## ORDER APPROVING SALE OF REAL PROPERTY
## FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES
## AND APPROVING DISTRIBUTION OF PROCEEDS

The Motion of the Debtors, Steven R. Kennedy and Shirley R. Kennedy, to Approve the Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds ("Motion") having come this day before the Court, and following notice to creditors in the above case and an opportunity for a hearing thereon, and the Court believing that the sale of the Real Property (as defined below) is in the best interests of the Debtor and her estate, and that such sale is made in good faith, and that the consideration offered is fair and reasonable, it is

     HEREBY ORDERED that:

     1.  Steven R. Kennedy and Shirley R. Kennedy, Debtors herein, are authorized to sell the Real Property located at and known as 1842 Park Street, Harrisburg, Dauphin County, Pennsylvania (the "Real Property"), under the terms of and pursuant to that certain Agreement between the Debtors, as Sellers, and Francesca Tejada as Buyer, (the "Agreement") and as set forth in the Motion. Such sale shall be to Francesca Tejada for the total consideration of $14,900.00.

2.   The sale of the Real Property shall be free and clear of all liens, claims and encumbrances, except for easements and rights of way of record as may exist upon or under such Real Property. All liens will attach to the proceeds in the order of their priority subject to the distribution set forth in this Order.

3.   The sale shall be free and clear of all real estate taxes and such other allowed claims, subject to the distribution set forth in this Order and payments of such real estate taxes.

4.   The distribution of the funds generated by the sale of the Real Property shall be as follows:

    a.   Any notarization or incidental recording fees required to be paid by the Debtors, as Sellers.

    b.   Payment of the costs and expenses involved with the sale of the Real Property as set forth in the Agreement for Sale.

    c.   Any costs associated with the preparation of the deed, processing fees, and normal services with respect to closing to be paid by Debtors, as Sellers.

    d.   Closing costs and expenses to be paid in accordance with the terms of the Agreement for Sale and any addendums to the said Agreement for Sale.

    e.   Settlement fees, tax certifications, and overnight/express mail charges, if any, required to be paid by Debtors, as Sellers.

    f.   Attorney's fees in an amount of $3,500.00 payable to the Law Offices of John Hyams, payable on account of services in connection with this sale.

    g.   Realty transfer tax, if any, required to be paid by Debtors, as Sellers.

    h.   Real estate commission of $3,500.00 to Straub and Associates Real Estate Group.

    i.   Any present or past due real estate taxes owed on the Real Property, prorated to the date of sale.

    j.   Any remaining proceeds from the Sale of the Real Property to be paid to Adams County National Bank.

5.   The Debtors are empowered and ordered to execute any and all documents necessary to effectuate the sale of the Real Property.

6.   Fed.R.Bankr.P. Rule 6004(h) is not applicable, and the Real Property may be sold and purchased promptly.

7.   Upon payment of the appropriate fee, the Clerk's Office shall provide the Debtor with certified copies of this Order, as are necessary to be recorded in the Recorder of Deeds Offices of Dauphin County, Pennsylvania.

**By the Court,**

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: December 28, 2016