## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Steven R. Kennedy and | : | |
| Shirley R. Kennedy | : | |
| Debtors | : | |
| | : | CASE NO. 1:16-bk-01913-RNO |
| Steven R. Kennedy and | : | |
| Shirley R. Kennedy | : | |
| Movants | : | |
| v. | : | |
| Adams County National Bank, and | : | |
| Dauphin County Tax Claim Bureau | : | |
| Respondents | : | |
| Charles J. DeHart, III | : | |
| Trustee | : | |

TO THE CLERK:

Please certify the Order approving Debtor's Motion to Approve the Sale of 1925 Park Street, Harrisburg, Dauphin County, Pennsylvania docketed as entry No. 103 in the above captioned case.

Dated: January 10, 2017

By: /s/ Tilman P. Larson
Tilman P. Larson, Esquire
Law Offices of John M. Hyams
2023 N. 2nd Street
Suite 110
Harrisburg, PA 17102
(717) 520-8082
Attorney for Debtor