UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kennedy Steven R.
Kennedy Shirley R.

CASE NO: 16-01913

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 1/26/2017, I did cause a copy of the following documents, described below,

Notice,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 1/26/2017

/s/ John M. Hyams
John M. Hyams 87327
Law Offices of John M. Hyams
555 Gettysburg Pike Suite C-400
Mechanicsburg, PA 17055
717 298 2038
jak@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kennedy Steven R.<br>Kennedy Shirley R. | CASE NO: 16-01913<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 1/26/2017, a copy of the following documents, described below,

Notice,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/26/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Law Offices of John M. Hyams
John M. Hyams
555 Gettysburg Pike Suite C-400
Mechanicsburg, PA 17055

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
   0314-1
   CASE 1-16-BK-01913-RNO
   MIDDLE DISTRICT OF PENNSYLVANIA
   HARRISBURG
   TUE NOV 29 13-53-45 EST 2016

2  BUREAU OF EMPLOYER TAX OPER
   PO BOX 68568
   HARRISBURG PA 17106-8568

3  CBATYRLMC
   PO BOX 182789
   COLUMBUS OH 43218-2789

4  CHASE
   P.O. BOX 15298
   WILMINGTON DE 19850-5298

5  CAPITAL REGION WATER
   100 PINE DRIVE
   HARRISBURG PA 17103-1260

6  DAUPHIN COUNTY TAX CLAIM BUREAU
   P. O. BOX 1295
   HARRISBURG PA 17108-1295

7  FIA CS
   PO BOX 982238
   EL PASO TX 79998-2238

8  INTERNAL REVENUE SERVICE
   PO BOX 7346
   PHILADELPHIA PA 19101-7346

9  MIDLAND FUNDING LLC
   PO BOX 2011
   WARREN MI 48090-2011

10 OCWEN LOAN CENLAR
   1661 WORTHINGTON RSTE 100
   STE 100
   WEST PALM BEAC FL 33409-6493

11 OFFICE OF ATTORNEY GENERAL
   FINANCIAL ENFORCEMENT SECTION
   STRAWBERR
   HARRISBURG PA 17120-0001

12 PSECU
   P.O. BOX 1006
   HARRISBURG PA 17108-1006

13 PENNSYLVANIA DEPARTMENT OF REVENUE
   BANKRUPTCY DIVISION P O BOX 280946
   HARRISBURG PA 17128-0946

14 QUANTUM3 GROUP LLC AS AGENT FOR
   COMENITY BANK
   PO BOX 788
   KIRKLAND WA 98083-0788

15 SYNCBSAMSDC
   PO BOX 965005
   ORLANDO FL 32896-5005

16 SYNCHRONY BANK
   CO RECOVERY MANAGEMENT SYSTEMS CORP
   25 SE 2ND AVE SUITE 1120
   MIAMI FL 33131-1605

17 TORRES CRDITUGI
   27 FAIRVIEW
   CARLISLE PA 17015-3200

18 U.S. DEPARTMENT OF JUSTICE
   PO BOX 227 BEN FRANKLING STATION
   WASHINGTON DC 20044-0227

19 US DEPT OF EDUCATION
   CLAIMS FILING UNIT
   PO BOX 8973
   MADISON WI 53708-8973

20 USDOEGLELSI
   2401 INTERNATIONALPOB 7859
   POB 7859
   MADISON WI 53707-7859

21 UNITED STATES ATTORNEY
   PO BOX 11754
   HARRISBURG PA 17108-1754

**ELECTRONIC NOTICE:**
Case 1:16-bk-01913-RNO

Jerome B Blank
Phelan Hallinan & Schmieg LLP
One Penn Center
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103-1814

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

First National Bank of Pennsylvania
c/o Donna M. Donaher
One North Shore Center, First Floor
12 Federal Street
Pittsburgh, PA 15212-5752

Joshua I Goldman
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Edward G Puhl
Puhl Eastman and Thrasher
220 Baltimore Street
Gettysburg, PA 17325-2314

Thomas I Puleo
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Case 1:16-bk-01913-RNO    Doc 119    Filed 01/26/17    Entered 01/26/17 14:52:59    Desc
Main Document    Page 4 of 4