IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  : Chapter 13
Steven R. Kennedy and  :
Shirley R. Kennedy  : Case No.: 1:16-bk-01913-RNO
      Debtors  :

## OBJECTIONS OF CAPITAL REGION WATER
## TO PROPOSED SALE OF REAL PROPERTY LOCATED AT 2555 NORTH 6TH STREET, HARRISBURG, DAUPHIN COUNTY, PENNSYLVANIA FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

AND NOW comes Capital Region Water, by and through its attorneys, Goldberg Katzman, P.C., who files these Objections to the Proposed Sale of Real Property Located at 2555 North 6th Street, Harrisburg, Dauphin County, Pennsylvania Free and Clear of Liens, Claims and Encumbrances, and in support thereof, states the following:

1. On January 26, 2017, Debtors provided a Notice to Creditors that they filed a Motion to Approve Sale of Real Property Free and Clear of Liens, Claims and Encumbrances relating to the Debtors' real property located at 2555 North 6th Street, Harrisburg, Dauphin County, Pennsylvania (the "Property").

2. The Property is served with water and sewer by Capital Region Water.

3. There remains a past-due and owing balance of $1,225.12 for the water and sewer services provided by Capital Region Water at the Property, as evidenced by the documents attached hereto as Exhibit A.

{00885145;v1}      1

4. As such, Capital Region Water has a municipal claim in the amount of $1,225.12 on the Property.

5. Pursuant to the Bankruptcy Code, a trustee may sell property free and clear of any interest therein only if:

> **(1)** applicable nonbankruptcy law permits sale of such property free and clear of such interest;
> **(2)** such entity consents;
> **(3)** such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
> **(4)** such interest is in bona fide dispute; or
> **(5)** such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C.A. § 363(f).

6. Pennsylvania law governing municipal claims states that a municipal claim "shall have priority to and be fully paid and satisfied out of the proceeds of any judicial sale of said property, before any other obligation, judgment, claim, lien, or estate with which the said property may become charged, or for which it may become liable...." 53 P.S. § 7106(a)(1); see also EMC Mortgage Corp. v. Lentz, 972 A.2d 112, 115 (Pa. Commw. Ct. 2009) (holding that a municipal claim had priority to be paid in full over all other liens on a property).

7. Accordingly, under applicable nonbankruptcy law, the municipal claim held by Capital Region Water on the Property has priority and must be paid in full.

8. Capital Region Water, therefore, objects to the proposed sale of the Property free and clear of its interest therein.

9. As evidenced by the accompanying Stipulation, filed simultaneous herewith, Debtors' attorney agrees to the relief sought herein.

WHEREFORE, Capital Region Water respectfully requests that this Honorable Court grant their Objections and order that the municipal claim held by Capital Region Water on the real property located at 2555 North 6th Street, Harrisburg, Dauphin County, Pennsylvania in the amount of $1,225.12 shall be paid in full through the proceeds of the sale of the real property.

Respectfully submitted,

**GOLDBERG KATZMAN, P.C.**

Date:   By:   s/ Steven E. Grubb
Steven E. Grubb, Esquire (I.D. No. 75897)
4250 Crums Mill Road
P.O. Box 6991
Harrisburg, PA 17112
Telephone: (717) 234-4161
*Attorney for Capital Region Water*

# CAPITAL REGION WATER

Dr. Robert E. Young Water Services Center

Billing & Collections Unit, 100 Pine Drive

Harrisburg Pa 17103

Phone: (888) 510-0606    Fax: (717) 775-1040

Account: 10015094-0   Date Prepared: 02/14/2017

Property: 2555 N 6TH ST   Preparer's Initials:   JM

Property Owner: STEVEN R KENNEDY

Requested By: WENDY/STEVE   Telephone: 888-510-0606

Utility Bill Due: $_1,225.12__

Includes payments received up to __1/20/17_____

Meter Reading: ___930000_____

Balance valid until: _____2/28/2017_____

Other Fees: Settlement Sheet $25.00 (Paid)

Do not pay utility balance until after settlement.

At the time of settlement, the buyer and seller must agree on the distribution of any existing credit balances. After settlement, refunds will not be issued by Capital Region Water for credit balances or duplicate utility payments.

If you fail to have the water service terminated in your name, you may be responsible for future debts incurred against this property.

\*\*\*If you are an ACH subscriber, please ensure that you stop the automatic withdraw from your utility bill. No refunds will be issued for failure to stop the automatic withdraw for payment of your utility bill. Please call 1-888-510-0606.

Page **1 of 2**

This settlement sheet may not identify all judgements which may exist against the seller and which may encumber this property. It is, therefore, recommended that a search of the judgement docket be done at the Dauphin County Courthouse.

Lien Status: NO LIENS

Comment:

***End of Report***

Page 2 of 2

Case 1:16-bk-01913-RNO    Doc 125    Filed 02/15/17    Entered 02/23/17 10:02:32    Desc
Main Document    Page 5 of 9



**CAPITAL REGION WATER**
100 PINE DRIVE
HARRISBURG, PA 17103
Phone: 1-888-510-0606

| ACCOUNT NUMBER | 10015094-0 |
|---|---|
| CID: | 67306 |
| BILLING DATE | 01/25/2017 |
| AMOUNT DUE | ~~114.37~~ |
| DUE DATE | 2/15/17 |
| AFTER DUE DATE PAY | ~~116.09~~ |
| | 1,225.12 |

PLEASE RETURN BOTTOM PORTION WITH YOUR PAYMENT

STEVEN R KENNEDY
1916 PRESERVE LANE
PALMYRA PA 17078

116.09 current balance
+ 48.01 new charges
―――――
164.10
+ 1061.02 bankruptcy
―――――
$1,225.12

www.capitalregionwater.com    1-888-510-0606
CUSTOMER ACCOUNT INFORMATION RETAIN FOR YOUR RECORDS

| CUSTOMER NAME | SERVICE ADDRESS | ACCOUNT NUMBER |
|---|---|---|
| STEVEN R KENNEDY | 2555 N 6TH ST | 10015094-0 |

| METER NUMBER | SERVICE PERIOD FROM | TO | METER READINGS PRIOR | PRESENT | CONSUMPTION | GALLONS USED WATER | SEWER | TYPE OF READINGS |
|---|---|---|---|---|---|---|---|---|
| 58823466 | 12/6 | 12/29 1/31/17 | 924000 | 927000 930000 | 3000 | 3000 3000 gallons | 3000 | Actual 48.01 |

| | |
|---|---|
| Previous Balance | 294.44 |
| Penalty | 4.42 |
| Payments | -232.50 |
| Adjustments | 0.00 |
| Prior Balance | 66.36 |
| Ready-to-serve water | 6.22 |
| Water Utilization | 23.64 |
| Sewer Utilization | 15.78 |
| Sewer Maintenance | 2.37 |
| Current Charges | 48.01 |
| Pay This Amount | ~~114.37~~ 1,225.12 |

Prepare for cold weather: Frozen water pipes in your home can lead to costly repairs. Visit capitalregionwater.com/winterprep to learn how to protect your pipes from freezing.

Automatic monthly withdrawal payments (ACH), Customer Portal online payments and Ebill are available online at www.capitalregionwater.com. Credit Card Payments can be made by calling 1-888-510-0606 to speak with one of our Customer Service Representatives. Only cardholder (Actual Name on Card) is authorized to make a credit card payment.

---

PLEASE DETACH & RETURN WITH PAYMENT

| ACCOUNT NUMBER | 10015094-0 |
|---|---|
| CID: | 67306 |
| CUSTOMER NAME | STEVEN R KENNEDY |
| SERVICE ADDRESS | 2555 N 6TH ST |
| BILLING DATE | 01/25/2017 |

000001001509400000114374

STEVEN R KENNEDY
1916 PRESERVE LANE
PALMYRA PA 17078

| AMOUNT NOW DUE | ~~114.37~~ 1225.12 |
|---|---|
| DUE DATE | 2/15/17 |
| AFTER DUE DATE PAY | ~~116.09~~ |

Please make checks payable to Capital Region Water

☐ Cash    ☐ Check    ☐ Money Order

| AMOUNT PAID | $ |
|---|---|

**Capital Region Water**
PO Box 826429
Philadelphia, PA 19182-6429

www.capitalregionwater.com (888) 510-0606    1



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Steven R. Kennedy and :
Shirley R. Kennedy : Case No.: 1:16-bk-01913-RNO
      Debtors :

## STIPULATION

AND NOW, come Capital Region Water and Debtors, by and through their attorneys, who stipulate that the municipal claim held by Capital Region Water on the real property located at 2555 North 6th Street, Harrisburg, Dauphin County, Pennsylvania in the amount of $1,225.12 shall be paid in full through the proceeds of the sale of the real property.

**GOLDBERG KATZMAN, P.C.**

Date: By: s/ Steven E. Grubb
Steven E. Grubb, Esquire
4250 Crums Mill Road
P.O. Box 6991
Harrisburg, PA 17112
Telephone: (717) 234-4161
*Attorney for Capital Region Water*

**LAW OFFICES OF JOHN M. HYAMS**

Date: By: s/ John M. Hyams
John M. Hyams, Esquire
555 Gettysburg Pike, Suite C-400
Mechanicsburg, PA 17055
*Attorney for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Steven R. Kennedy and :
Shirley R. Kennedy : Case No.: 1:16-bk-01913-RNO
        Debtors :

## ORDER

AND NOW, this _____ day of _____, 2017, based upon the Objections of Capital Region Water and the Stipulation of the parties, it is hereby ORDERED and DECREED that Capital Region Water's Objections are GRANTED and the municipal claim held by Capital Region Water on the real property located at 2555 North 6th Street, Harrisburg, Dauphin County, Pennsylvania in the amount of $1,225.12 shall be paid in full through the proceeds of the sale of the real property.

{00885145;v1}