```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 16-01913-RNO
Steven R. Kennedy                                                   Chapter 13
Shirley R. Kennedy
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: REshelman         Page 1 of 1           Date Rcvd: Feb 23, 2017
                              Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.
db/jdb         +Steven R. Kennedy,    Shirley R. Kennedy,    1916 Preserve Lane,    Palmyra, PA 17078-8434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Donna  Donaher    on behalf of Creditor    First National Bank donaherd@fnb-corp.com
              Edward G Puhl    on behalf of Creditor    ACNB Bank, f/k/a Adams County National Bank
               edward.puhl@comcast.net, ssaylor@acnb.com;puhleastmanthrasher@comcast.net
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              John Matthew Hyams    on behalf of Joint Debtor Shirley R. Kennedy jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor Steven R. Kennedy jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Steven E. Grubb    on behalf of Creditor    Capital Region Water seg@goldbergkatzman.com,
               jlb@goldbergkatzman.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tilman Paul Larson    on behalf of Joint Debtor Shirley R. Kennedy tpl@johnhyamslaw.com
              Tilman Paul Larson    on behalf of Debtor Steven R. Kennedy tpl@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| STEVEN R. KENNEDY<br>SHIRLEY R. KENNEDY | } Debtor(s) | Chapter: | 13 |
| | | Case Number: | 1-16-bk-01913 RNO |
| STEVEN R. KENNEDY<br>SHIRLEY R. KENNEDY | } Movant(s)<br>vs. | Document No.: | 124 |
| ADAMS COUNTY NATIONAL BANK<br>DAUPHIN COUNTY TAX CLAIM BUREAU<br>CHARLES J. DEHART, III, TRUSTEE | } Respondent(s) | Nature of Proceeding: | Order Vacating Proceeding Memo |

# ORDER

IT IS HEREBY ORDERED THAT:

The Proceeding Memo filed to Docket No. 124 is VACATED as having been entered in error due to the Objection of Capital Region Water to the Motion for Sale of Property Free and Clear of Liens (2555 N. 6th Street) not having been timely filed to the docket; and,

FURTHER ORDERED that the hearing originally scheduled for March 2, 2017, at 10:00 a.m., in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, will be held as originally scheduled.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: February 23, 2017

MDPA-Blank Order with Parties.wpt- REV 01/14

Case 1:16-bk-01913-RNO    Doc 133    Filed 02/25/17    Entered 02/26/17 00:44:17    Desc
Imaged Certificate of Notice    Page 2 of 2