United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Steven R. Kennedy  
Shirley R. Kennedy  
    Debtors

Case No. 16-01913-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1     Date Rcvd: Feb 24, 2017  
                    Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.  
db/jdb      +Steven R. Kennedy,    Shirley R. Kennedy,    1916 Preserve Lane,    Palmyra, PA 17078-8434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:

       Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
       Donna Donaher    on behalf of Creditor    First National Bank donaherd@fnb-corp.com  
       Edward G Puhl    on behalf of Creditor    ACNB Bank, f/k/a Adams County National Bank  
        edward.puhl@comcast.net,    ssaylor@acnb.com;puhleastmanthrasher@comcast.net  
       Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com  
       John Matthew Hyams    on behalf of Joint Debtor Shirley R. Kennedy jmh@johnhyamslaw.com,  
        jak@johnhyamslaw.com  
       John Matthew Hyams    on behalf of Debtor Steven R. Kennedy jmh@johnhyamslaw.com,  
        jak@johnhyamslaw.com  
       Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Michael J Clark    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
       Steven E. Grubb    on behalf of Creditor    Capital Region Water seg@goldbergkatzman.com,  
        jlb@goldbergkatzman.com  
       Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Tilman Paul Larson    on behalf of Joint Debtor Shirley R. Kennedy tpl@johnhyamslaw.com  
       Tilman Paul Larson    on behalf of Debtor Steven R. Kennedy tpl@johnhyamslaw.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                       TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Steven R. Kennedy and | : |
| Shirley R. Kennedy | : Case No.: 1:16-bk-01913-RNO |
| **Debtors** | : |

## ORDER

AND NOW, based upon the Objections of Capital Region Water and the Stipulation of the parties, it is hereby

ORDERED and DECREED that the Stipulation is APPROVED and the municipal claim held by Capital Region Water on the real property located at 10 South 15th Street, Harrisburg, Dauphin County, Pennsylvania in the amount of $2031.85 shall be paid in full through the proceeds of the sale of the real property.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

Dated: February 24, 2017