```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                       Case No. 16-01913-RNO
Steven R. Kennedy                                            Chapter 13
Shirley R. Kennedy
         Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman          Page 1 of 1           Date Rcvd: Mar 03, 2017
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.
4803572        Dauphin County Tax Claim Bureau,    P. O. Box 1295,    Harrisburg, PA  17108-1295

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Donna  Donaher    on behalf of Creditor    First National Bank donaherd@fnb-corp.com
              Edward G Puhl    on behalf of Creditor    ACNB Bank, f/k/a Adams County National Bank
               edward.puhl@comcast.net,    ssaylor@acnb.com;puhleastmanthrasher@comcast.net
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              John Matthew Hyams    on behalf of Debtor Steven R. Kennedy jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              John Matthew Hyams    on behalf of Joint Debtor Shirley R. Kennedy jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Steven E. Grubb    on behalf of Creditor    Capital Region Water seg@goldbergkatzman.com,
               jlb@goldbergkatzman.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tilman Paul Larson    on behalf of Joint Debtor Shirley R. Kennedy tpl@johnhyamslaw.com
              Tilman Paul Larson    on behalf of Debtor Steven R. Kennedy tpl@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Steven R. Kennedy and | : | |
| Shirley R. Kennedy | : | |
| Debtors | : | |
| | : | CASE NO. . 1:16-bk-01913-RNO |
| Steven R. Kennedy and | : | |
| Shirley R. Kennedy | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Adams County National Bank, and | : | |
| Dauphin County Tax Claim Bureau | : | |
| | : | |
| Respondents | : | |
| | : | |
| Charles J. DeHart, III | : | |
| Trustee | : | |

## ORDER DENYING SALE OF REAL PROPERTY
## FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

Upon consideration of the Motion of the Debtors, Steven R. Kennedy and Shirley R. Kennedy, to Approve the Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds ("Motion"), after hearing held on March 2, 2017, it is

ORDERED that, pursuant to the Court's finding and conclusions, the Motion is DENIED.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: March 2, 2017