United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Steven R. Kennedy  
Shirley R. Kennedy  
    Debtors

Case No. 16-01913-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1     Date Rcvd: Mar 10, 2017  
                       Form ID: pdf010      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.  
db/jdb       +Steven R. Kennedy,    Shirley R. Kennedy,    1916 Preserve Lane,    Palmyra, PA 17078-8434  
           +DAUPHIN COUNTY TAX CLAIM BUREAU,    2 SOUTH SECOND STREET,    HARRISBURG, PA 17101-2047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:  
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com  
        Donna Donaher    on behalf of Creditor    First National Bank donaherd@fnb-corp.com  
        Edward G Puhl    on behalf of Creditor    ACNB Bank, f/k/a Adams County National Bank  
         edward.puhl@comcast.net,    ssaylor@acnb.com;puhleastmanthrasher@comcast.net  
        Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com  
        John Matthew Hyams    on behalf of Joint Debtor Shirley R. Kennedy jmh@johnhyamslaw.com,  
         jak@johnhyamslaw.com  
        John Matthew Hyams    on behalf of Debtor Steven R. Kennedy jmh@johnhyamslaw.com,  
         jak@johnhyamslaw.com  
        Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Michael J Clark    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        Steven E. Grubb    on behalf of Creditor    Capital Region Water seg@goldbergkatzman.com,  
         jlb@goldbergkatzman.com  
        Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Tilman Paul Larson    on behalf of Joint Debtor Shirley R. Kennedy tpl@johnhyamslaw.com  
        Tilman Paul Larson    on behalf of Debtor Steven R. Kennedy tpl@johnhyamslaw.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

STEVEN R. KENNEDY
SHIRLEY R. KENNEDY } Debtor(s)

STEVEN R. KENNEDY
SHIRLEY R. KENNEDY } Movant(s)
vs.
ADAMS COUNTY NATIONAL BANK
DAUPHIN COUNTY TAX CLAIM BUREAU
CHARLES J. DEHART, III, TRUSTEE } Respondent(s)

Chapter: 13
Case Number: 1-16-bk-01913 RNO
Document No.: 122
Nature of Proceeding: Motion to Approve Sale of Property Free and Clear of Liens

### ORDER

Pursuant to the Text Order entered at Docket No. 136, directing that a 21-day Notice to creditors and parties in interest with Certificate of Service evidencing proper service be filed on or before March 3, 2017, and the Debtors' failure to file said notice and certificate of service, it is

ORDERED that the Amended Motion to Approve Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds is DENIED without prejudice to the Debtors filing any subsequent sale motion accompanied by a 21-day general notice of sale with certificate of service evidencing proper service upon all creditors and parties in interest.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: March 10, 2017

MDPA-Blank Order with Parties.wpt- REV 01/14