IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Steven R. Kennedy and Shirley R. Kennedy : BKY NO. 16-01913 RNO
:
Debtors : CHAPTER 13

## WITHDRWAL AND ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly withdraw the appearance of Steven Grubb of Goldberg Katzman, P.C., and enter the appearance of Scott T. Wyland of Salzmann Hughes, P.C., on behalf of Capital Region Water, creditor and party-in-interest in the above-captioned bankruptcy case, and index same on the master mailing list.

Respectfully Submitted,

*SALZMANN HUGHES, P.C.*

Dated: April 17, 2017     By:    /s/ Scott T. Wyland
    Scott T. Wyland
    Attorney I.D. No. 52660
    112 Market Street, 8th Floor
    Harrisburg, PA 17101
    (717) 234-6700
    *Attorney for Capital Region Water*

*GOLDBERG KATZMAN, P.C.*

Dated: April 17, 2017     By:    /s/ Steven E. Grubb
    Steven E. Grubb, Esquire
    Attorney I.D. No. 75897
    P.O. Box 6991
    Harrisburg, PA 17112
    (717) 234-4161