```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 16-01913-RNO
Steven R. Kennedy                                           Chapter 13
Shirley R. Kennedy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Jun 27, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2017.
db/jdb         +Steven R. Kennedy,    Shirley R. Kennedy,   1916 Preserve Lane,   Palmyra, PA 17078-8434
                +Straub & Associates Real Estate,   3045 Market St.,   Camp Hill, PA 17011-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Donna  Donaher    on behalf of Creditor    First National Bank donaherd@fnb-corp.com
              Edward G Puhl    on behalf of Creditor    ACNB Bank, f/k/a Adams County National Bank
               edward.puhl@comcast.net,    ssaylor@acnb.com;puhleastmanthrasher@comcast.net
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              John Matthew Hyams    on behalf of Joint Debtor Shirley R. Kennedy jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor Steven R. Kennedy jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Scott  Wyland    on behalf of Creditor    Capital Region Water swyland@salzmannhughes.com,
               lkent@salzmannhughes.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tilman Paul Larson    on behalf of Joint Debtor Shirley R. Kennedy tpl@johnhyamslaw.com
              Tilman Paul Larson    on behalf of Debtor Steven R. Kennedy tpl@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Steven R. Kennedy | : | |
| and Shirley R. Kennedy | : | |
| | : | |
| | : | CASE NO: 1:16-bk-01913-RNO |
| Debtors | : | |

ORDER APPROVING ENGAGEMENT OF REAL ESTATE BROKER

The Application of Steven R. Kennedy and Shirley R. Kennedy, the above-named Debtors, praying for approval of their engagement of Straub & Associates Real Estate Group as their real estate broker with respect to the sale of real estate located at 1842 Park Street, Harrisburg, Dauphin County, Pennsylvania (the "Real Property"), having come this day before the Court, and it appearing that the engagement of Straub & Associates Real Estate Group as a real estate broker with respect to the Debtors' real estate is necessary and would be in the best interest of the estate, it is hereby

**ORDERED** that the engagement by Steven R. Kennedy and Shirley R. Kennedy of Straub & Associates Real Estate Group, as real estate broker, with respect to the sale of the Real Property, upon the terms and conditions of the Listing Contracts entered into by the Debtors and of Straub & Associates Real Estate Group, is approved, with the commission of $3,500.00 per property from the sale of such real estate, subject to such review as the Court deems necessary upon the filing of an appropriate Sale Motion.

By the Court,

Dated: June 27, 2017

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124 F.3d 567 (3rd Cir. 1997).