IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Steven R. Kennedy and | : | |
| Shirley R. Kennedy | : | |
|     Debtors | : | |
| | : | CASE NO. 1:16-bk-01913-RNO |
| Steven R. Kennedy and | : | |
| Shirley R. Kennedy | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| | : | |
| ADAMS COUNTY NATIONAL BANK, and | : | |
| DAUPHIN COUNTY TAX CLAIM BUREAU | : | 11 U.S.C. 363(f) |
| | : | |
|     Respondents | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
|     Trustee | : | |

**CERTIFICATE OF SERVICE**

    I, John M. Hyams, Esquire, do hereby certify and affirm that on February 14, 2018, a true and correct copy of the foregoing ORDER SETTING RESPONSE DATE has been sent either through electronic means, or via certified mail to the following:

| | |
|---|---|
| CHARLES J. DEHART, III, ESQUIRE<br>P.O. Box 410<br>Hummelstown, PA 17036 | UNITED STATES TRUSTEE<br>228 Walnut Street<br>Harrisburg, PA 17101 |
| Edward Puhl, Esq.<br>Counsel for ACNB Bank<br>220 Baltimore Street<br>Gettysburg PA 17325 | DAUPHIN COUNTY TAX CLAIM BUREAU<br>2 South Second Street<br>Harrisburg, PA 17101 |

                                                     By:    /s/     John M. Hyams, Esquire
                                                           John M. Hyams, Esquire
                                                           2023 N. Second Street
                                                           Harrisburg, PA 17102
                                                           (717) 520-0300
                                                          jmh@johnhyamslaw.com
                                                           Attorney for Debtors