# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Steven R. Kennedy and | : | |
| Shirley R. Kennedy | : | |
|     Debtors | : | |
| | : | CASE NO. 1:16-bk-01913-HWV |

## CERTIFICATE OF SERVICE

    I, John M. Hyams, Esquire, do hereby certify and affirm that on January 23, 2020, a true and correct copy of the MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND APPROVING OF DISTRIBUTION OF PROCEEDS, along with the Exhibt(s) and PROPOSED ORDER, has been sent either through electronic means, or via certified mail to the following:

| | | |
|---|---|---|
| via electronic means | CHARLES J. DEHART, III, ESQUIRE<br>P.O. Box 410<br>Hummelstown, PA 17036 | UNITED STATES TRUSTEE<br>P.O. Box 969<br>Harrisburg, PA 17108 |
| via certified mail | PNC BANK N.A.<br>Attn: President<br>PO Box 94982<br>Cleveland, Oh 44101 | ORRSTOWN BANK<br>Attn: President<br>77 East King Street<br>Shippensburg, PA 17257 |

                        By:    /s/    John M. Hyams, Esquire
                                  John M. Hyams, Esquire
                                  2023 N. 2nd St.
                                  Harrisburg, PA 17102
                                  (717) 520-0300
                                  jmh@johnhyamslaw.com
                                  Attorney for Debtors