# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Steven R. Kennedy and | : | |
| Shirley R. Kennedy | : | |
| Debtors | : | |
| | : | CASE NO. 1:16-bk-01913-HWV |

## CERTIFICATE OF SERVICE

I, John M. Hyams, Esquire, do hereby certify and affirm that on January 24, 2020, a true and correct copy of the attached ORDER has been served by electronic means and/or first-class mail, postage prepaid on the following:

| via electronic means | CHARLES J. DEHART, III, ESQUIRE P.O. Box 410 Hummelstown, PA 17036 | UNITED STATES TRUSTEE P.O. Box 969 Harrisburg, PA 17108 |
|---|---|---|
| via first-class mail | PNC BANK N.A. Attn: President PO Box 94982 Cleveland, Oh 44101 | ORRSTOWN BANK Attn: President 77 East King Street Shippensburg, PA 17257 |

By: /s/ John M. Hyams, Esquire
John M. Hyams, Esquire
2023 N. 2nd St.
Harrisburg, PA 17102
(717) 520-0300
jmh@johnhyamslaw.com
Attorney for Debtors