Certificate Number: 06531-PAM-DE-035385662

Bankruptcy Case Number: 16-01913


06531-PAM-DE-035385662

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>February 20, 2021</u>, at <u>3:59</u> o'clock <u>PM CST</u>, <u>Shirley R Kennedy</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>February 20, 2021</u>    By:  <u>/s/Jennifer Schuler</u>

Name:  <u>Jennifer Schuler</u>

Title:  <u>Certified Credit Counselor</u>