United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Steven R. Kennedy  
Shirley R. Kennedy  
    Debtors

Case No. 16-01913-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Feb 22, 2021     Form ID: 3180W     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven R. Kennedy, Shirley R. Kennedy, 1916 Preserve Lane, Palmyra, PA 17078-8434 |
| cr | + | ACNB Bank, f/k/a Adams County National Bank, P.O. Box 3129, Gettysburg, PA 17325-0129 |
| cr | + | Capital Region Water, Billing and Collections Unit, 100 Pine Drive, Harrisburg, PA 17103-1260 |
| cr | + | First National Bank, c/o Donna Donaher, One North Shore Center, 12 Federal Street, Pittsburgh, PA 15212-5752 |
| 4796684 | + | ACNB Bank, P.O. Box 3129, Gettysburg, PA 17325-0129 |
| 4785644 | | ADAMS NATIONAL BANK, HARRISBURG RD, GETTYSBURG, PA 17325 |
| 4785645 | + | Anne K. Fiorenza, Esq, Assistant U.S. Tr, 228 Walnut Street, Room 1190, Harrisburg, Pennsylvania 17101-1722 |
| 4847842 | + | Capital Region Water, 100 Pine Drive, Harrisburg, PA 17103-1260 |
| 4803572 | | Dauphin County Tax Claim Bureau, P. O. Box 1295, Harrisburg, PA 17108-1295 |
| 4785650 | + | FIRST NATIONAL BANK, ATTN LOAN SERVICING, PO BOX 4999, HARRISBURG, PA 17111-0999 |
| 4803319 | + | First National Bank of Pennsylvania, c/o Donna M. Donaher, One North Shore Center, First Floor, 12 Federal Street, Pittsburgh, PA 15212-5752 |
| 4830312 | + | Lakeview Loan Servicing, LLC, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 4785652 | + | OCWEN LOAN, 1661 WORTHINGTON RSTE 100, STE 100, WEST PALM BEAC, FL 33409-6493 |
| 4785653 | + | OCWEN LOAN CENLAR, 1661 WORTHINGTON RSTE 100, STE 100, WEST PALM BEAC, FL 33409-6493 |
| 4785654 | + | Office of Attorney General, Financial Enforcement Section, Strawberr, Harrisburg, Pennsylvania 17120-0001 |
| 4785658 | + | PSECU, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |
| 4785660 | + | TORRES CRDIT/UGI, 27 FAIRVIEW, CARLISLE, PA 17015-3200 |
| 4785661 | + | U.S. Department of Justice, PO Box 227, Ben Frankling Station, Washington, District of Columbia 20044-0227 |
| 4803161 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 4785663 | + | USDOE/GLELSI, 2401 INTERNATIONALPOB 7859, POB 7859, MADISON, WI 53707-7859 |
| 4785662 | | United States Attorney, PO Box 11754, Harrisburg, Pennsylvania 17108-1754 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4785647 | + | EDI: WFNNB.COM | Feb 22 2021 23:48:00 | CB/ATYRLMC, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 4785646 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 22 2021 19:09:00 | Bureau of Employer Tax Oper, PO Box 68568, Harrisburg, Pennsylvania 17106 |
| 4785649 | + | EDI: BANKAMER.COM | Feb 22 2021 23:48:00 | FIA CS, PO BOX 982238, EL PASO, TX 79998-2238 |
| 4785651 | | EDI: IRS.COM | Feb 22 2021 23:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 4785648 | | EDI: JPMORGANCHASE | Feb 22 2021 23:48:00 | CHASE, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 4820625 | + | EDI: MID8.COM | Feb 22 2021 23:48:00 | Midland Funding LLC, Po Box 2011, Warren, MI 48090-2011 |
| 4785655 | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Feb 22 2021 19:09:00 | Office of the U.S. Trustee, 228 Walnut Street, Room 1190, Harrisburg, Pennsylvania 17101-1722 |
| 4785656 | | EDI: PENNDEPTREV | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 22 2021 23:48:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Divi, Harrisburg, Pennsylvania 17128-0946 |
| 4785656 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2021 19:09:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Divi, Harrisburg, Pennsylvania 17128-0946 |
| 4785657 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 22 2021 19:09:00 | PNC BANK, PO BOX 3180, PITTSBURGH, PA 15230 |
| 4816121 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 22 2021 19:09:00 | PNC Bank N.A., PO Box 94982, Cleveland, Oh 44101 |
| 4848274 | | EDI: PENNDEPTREV | Feb 22 2021 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 4848274 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2021 19:09:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 4799584 | | EDI: Q3G.COM | Feb 22 2021 23:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4785659 | + | EDI: RMSC.COM | Feb 22 2021 23:48:00 | SYNCB/SAMSDC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5026268 | + | EDI: RMSC.COM | Feb 22 2021 23:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4827252 | | EDI: RMSC.COM | Feb 22 2021 23:48:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 4785664 | + | EDI: WFFC.COM | Feb 22 2021 23:48:00 | WFHM, 7255 BAYMEADOWS WAY, PO BOX 10335, DES MOINES, IA 50306-0335 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4830328 | *+ | Lakeview Loan Servicing, LLC, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| David William Raphael | on behalf of Creditor First National Bank raphaeld@fnb-corp.com |
| Donna Donaher | on behalf of Creditor First National Bank donaherd@fnb-corp.com |
| Edward G Puhl | on behalf of Creditor ACNB Bank f/k/a Adams County National Bank edward.puhl@comcast.net, ssaylor@acnb.com;puhleastmanthrasher@comcast.net |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| John Matthew Hyams | on behalf of Debtor 2 Shirley R. Kennedy jmh@johnhyamslaw.com acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Steven R. Kennedy jmh@johnhyamslaw.com acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Joshua I Goldman | on behalf of Creditor Lakeview Loan Servicing LLC josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Michael J Clark | on behalf of Creditor Lakeview Loan Servicing LLC pabk@logs.com |
| Scott Wyland | on behalf of Creditor Capital Region Water swyland@salzmannhughes.com lkent@salzmannhughes.com |
| Stephen T. Coccorese | on behalf of Creditor Capital Region Water stevec@salzmannhughes.com |
| Thomas I Puleo | on behalf of Creditor Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Tilman Paul Larson | on behalf of Debtor 1 Steven R. Kennedy tpl@johnhyamslaw.com |
| Tilman Paul Larson | on behalf of Debtor 2 Shirley R. Kennedy tpl@johnhyamslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Steven R. Kennedy <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9074 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Shirley R. Kennedy <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9618 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:16–bk–01913–HWV | | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Steven R. Kennedy                                                      Shirley R. Kennedy


   <u>2/22/21</u>                                                      **By the court:** <u>Henry W. Van Eck</u>
                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**