United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Steven R. Kennedy  
Shirley R. Kennedy  
    Debtors

Case No. 16-01913-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Apr 13, 2021      Form ID: fnldec      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven R. Kennedy, 1916 Preserve Lane, Palmyra, PA 17078-8434 |
| jdb | + | Shirley R. Kennedy, 1916 Preserve Lane, Palmyra, PA 17078-8434 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| David William Raphael | on behalf of Creditor First National Bank raphaeld@fnb-corp.com |
| Donna Donaher | on behalf of Creditor First National Bank donaherd@fnb-corp.com |
| Edward G Puhl | on behalf of Creditor ACNB Bank f/k/a Adams County National Bank ed@puhlandthrasher.com, ssaylor@acnb.com;puhleastmanthrasher@comcast.net |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |

| | |
|---|---|
| John Matthew Hyams | on behalf of Debtor 1 Steven R. Kennedy jmh@johnhyamslaw.com acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Shirley R. Kennedy jmh@johnhyamslaw.com acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Joshua I Goldman | on behalf of Creditor Lakeview Loan Servicing LLC josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Michael J Clark | on behalf of Creditor Lakeview Loan Servicing LLC pabk@logs.com |
| Scott Wyland | on behalf of Creditor Capital Region Water swyland@salzmannhughes.com lkent@salzmannhughes.com |
| Stephen T. Coccorese | on behalf of Creditor Capital Region Water stevec@salzmannhughes.com |
| Thomas I Puleo | on behalf of Creditor Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Tilman Paul Larson | on behalf of Debtor 2 Shirley R. Kennedy tpl@johnhyamslaw.com |
| Tilman Paul Larson | on behalf of Debtor 1 Steven R. Kennedy tpl@johnhyamslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Steven R. Kennedy,<br>**Debtor 1**<br>Shirley R. Kennedy,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:16−bk−01913−HWV |

Social Security No.:
xxx−xx−9074   xxx−xx−9618

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 13, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (10/20)